**MOTION GRANTED**

*s/ Donald C. Nugent*
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EILEEN and KATHLEEN MURRAY | ) | CASE NO. 1:06CV1387 |
| | ) | |
| | ) | JUDGE NUGENT |
| Plaintiffs, | ) | |
| | ) | |
| | ) | **NOTICE OF SETTLEMENT AND** |
| v. | ) | **STIPULATED DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| MAYTAG CORPORATION | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Now come the parties, by and through respective counsel, and hereby give notice pursuant to FRCP 41(a) that all claims between them have been settled. This matter is dismissed with prejudice.

Respectfully submitted,

/s/ Brian A. Meeker
Brian A. Meeker  (0063543)
REMINGER & REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue West
Cleveland, Ohio 44115-1093
*Attorney for Plaintiffs*

-- and --

/s/ Wendy West Feinstein
Wendy West Feinstein (0064973)
ECKERT SEAMANS CHERIN & MELLOT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
*Attorney for Defendant*